FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 17 2005 ★
P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Plaintiff,                    05 CR 0146 (SJ)

    -against-

                                                           MEMORANDUM
                                                                                                                                                                                                                                                                                                                                                                                                                                                                       & ORDER

JOHN BRUNSON,
    also known as "Junior,"

                        Defendant.
-------------------------------------------------------X
A P P E A R A N C E S:

ROSLYNN R. MAUSKOPF, ESQ.
United States Attorney
Eastern District of New York
147 Pierrepont Street
Brooklyn, New York 11201
By:    Cameron R. Elliot, Esq.
        Jeffrey Rabkin, Esq.
Attorney for Plaintiff


CHARLES S. HOCHBAUM, P.C.
44 Court Street, Suite 307
Brooklyn, New York 11201
By:    Charles S. Hochbaum, Esq.
Attorney for Defendant


JOHNSON, Senior District Judge:

      On September 16, 2005, Magistrate Judge Robert M. Levy issued a Report and

Recommendation ("Report") finding that the motion of defendant John Brunson

1

("Defendant") to suppress the photo spread identification made of Defendant on February 2, 2005 should be denied.

A district court judge may designate a magistrate to hear and determine certain motions pending before the Court and to submit to the Court proposed findings of fact and a recommendation as to the disposition of the motion. See 28 U.S.C. § 636(b)(1). Within ten days of service of the recommendation, any party may file written objections to the magistrate's report. See id. Upon de novo review of those portions of the record to which objections were made, the district court judge may affirm or reject the recommendations. See id.

The Court is not required to review the factual or legal conclusions of the magistrate judge as to those portions of the report and recommendation to which no objections are addressed. See Thomas v. Arn, 474 U.S. 140, 150, 106 S. Ct. 466, 88 L. Ed. 2d 435 (1985). In addition, failure to file timely objections may waive the right to appeal this Court's Order. See 28 U.S.C. § 636(b)(1); Small v. Sec'y of Health & Human Servs., 892 F.2d 15, 16 (2d Cir. 1989).

In this case, objections to Judge Levy's Report were due within ten days of receipt of the September 16, 2005 Report. No objections were filed with this Court. Upon review of the Report, this Court therefore adopts and affirms the Report of Magistrate Judge Levy in its entirety.

SO ORDERED.

2

P-049

Dated: October 11, 2005  
    Brooklyn, New York

                                        s/SJ  
                                              Senior U.S.D.J.

P-049